IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES R. WHITWELL,

    Plaintiff,

    v.

NATASHA VANLIESHOUT, CYNTHIA EVANSON, WILLIAM WARD, and KEVIN KAJER,

    Defendants.

Case No. 20-cv-780-jdp

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

/s/
Peter Oppeneer, Clerk of Court

1/11/2021
Date